# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
(212) 583-9500
WWW.PECHMANLAW.COM

September 19, 2016

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

      Re: *Margarito Tlacopilco v. Mamoun's Fast Food Caterers, Inc. d/b/a Mamoun's Falafel, et al.*, 16 Civ. 1254 (VSB)(KNF)

Dear Judge Broderick:

    As a follow-up to the submission on July 29, 2016 (ECF No. 28), the parties wanted to reiterate that we welcome the opportunity to address any open issues that the Court may have regarding the settlement agreement. In particular, Mr. Tlacopilco, the plaintiff, wanted us to convey to the Court that he is happy with the settlement agreement and that he is available to appear in Court in support of the settlement agreement and its terms.

    On behalf of all parties, we thank the court for its time and consideration of this matter.

                                                Respectfully submitted,

                                                Louis Pechman

cc: Keya Denner, Esq. (via e-mail & ECF)